GOLDSMITH & HULL, P.C./Our File ##2023A23570, 2023A23594 and 2023A42942
William I. Goldsmith (#82183)
Stephen R. Goldsmith    (#291555)
16933 Parthenia Street, Suite 110
Northridge, CA  91343
Telephone:  (818) 990-6600
Govdept1@goldmithcalaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )   CASE NO.: CV25-03900
                               )
            Plaintiff,         )
                               )   COMPLAINT ON
v.                             )   PROMISSORY NOTE (S)
                               )
                               )
GSM Services, LLC              )
                               )
                               )
                               )
            Defendant.         )
                               )

        For its claim, Plaintiff, acting on behalf of the U.S. HEALTH & HUMAN SERVICES Food & Drug Administration (HHS/FDA) alleges as follow:

        1. This court has jurisdiction under title 28 U.S.C. Section 1331 and Section 919 of the FD&C Act, specifically 21 U.S.C. 387s, and the Defendant resides in the County of LOS ANGELES.

        2. The Center for Tobacco Products of the U.S. Food and Drug Administration (FDA) reviewed their records and determined that GSM Services, LLC. is a domestic importer of pipe tobacco, cigars, and roll-your-own tobacco products for the purposes of section 919 of the Federal Food, Drug, and Cosmetic Act (the FD&C Act) (21 U.S.C. § 387s) and subject to user fees in accordance with that provision. Section 919(b)(6) of the FD&C Act (21 U.S.C. § 387s(b)(6)) requires that each domestic importer of certain tobacco products,

f:\sonia\certification - interested parties.wpd                2

including pipe tobacco, cigars, and roll-your-own tobacco, remit payment of its user fee assessment by the last day of the applicable quarter.

3. Effective August 8, 2016, FDA deemed additional products meeting the definition of a tobacco product, except accessories to these newly deemed products, to be subject to regulation under the FD&C Act. These products include, but are not limited to, cigars, and pipe tobacco. See Final Rule, Deeming Tobacco Products To Be Subject to the Federal Food, Drug, and Cosmetic Act, as Amended by the Family Smoking Prevention and Tobacco Control Act; Restrictions on the Sale and Distribution of Tobacco Products and Required Warning Statements for Tobacco Products, 81 Fed. Reg. 28,974 (May 10, 2016)

4. GSM Services, LLC failed to pay user fees assessed pursuant to section 919 of the FD&C Act by the date specified in section 919, regulated tobacco products imported by GSM Services, LLC. are adulterated under section 902(4) of the FD&C Act (21 U.S.C. § 387b(4))..

5. Defendant owes to Plaintiff after applying all payments and proper credits the amounts hereinafter prayed for.

1. As to Plaintiff First Claim:

The principal amount of $41,175.89, plus interest accrued from the default to May 25, 2023, in the sum of $10,174.68 with further interest at 10.62% per annum accruing at $11.98 per day; Penalties in the amount of $3,061.12 accruing at 6.00% per annum accruing at $6.77 per day; Administrative fees in the amount of $28,038.05; Interest will accrue on this debt until entry of Judgment, with interest thereafter at the legal rate.

2. As to Plaintiff's Second Claim::

The principal amount of $26,382.20, plus interest accrued from the default to May 25, 2023, in the sum of $5,259.78 with further interest at 9.50% per annum accruing at $6.87 per day; Penalties in the amount of $3,201.64 accruing at 6.00% per annum accruing at $4.34 per day; Administrative fees in the amount of $17,957.67; Interest will accrue on this debt until entry of Judgment, with interest thereafter at the legal rate.

3. As to Plaintiff's Third Claim::

The principal amount of $27,723.60, plus interest accrued from the default to May 25, 2023, in the sum of $3,954.22 with further interest at 9.37% per annum accruing at $7.21 per day; Penalties in the amount of $2,503.10 accruing at 6.00% per annum accruing at $4.56 per day; Administrative fees in the amount of $17,992.37; Interest will accrue on this debt until entry of Judgment, with interest thereafter at the legal rate.

4. As to Plaintiff's Fourth Claim::

The principal amount of $25,743.35, plus interest accrued from the default to May 25, 2023, in the sum of $4,773.04 with further interest at 9.37% per annum accruing at $6.61 per day; Penalties in the amount of $3,060.64 accruing at 6.00% per annum accruing at $4.23 per day; Administrative fees in the amount of $17,370.25; Interest will accrue on this debt until entry of Judgment, with interest thereafter at the legal rate.

5. As to Plaintiff's Fifth Claim::

The principal amount of $25,233.59, plus interest accrued from the default to May 25, 2023, in the sum of $4,005.57 with further interest at 9.62% per annum accruing at $6.65 per day; Penalties in the amount of $2,386.13 accruing at 6.00% per annum accruing at $4.15 per day; Administrative fees in the amount of $15,831.85; Interest will accrue on this debt until entry of Judgment, with interest thereafter at the legal rate.

6. As to Plaintiff's Sixth Claim::

The principal amount of $497.35, plus interest accrued from the default to May 25, 2023, in the sum of $70.93 with further interest at 9.50% per annum accruing at $0.13 per day; Penalties in the amount of $44.91 accruing at 6.00% per annum accruing at $0.08 per day; Administrative fees in the amount of $322.77; Interest will accrue on this debt until entry of Judgment, with interest thereafter at the legal rate.

7. As to Plaintiff's Seventh Claim::

The principal amount of $255.62, plus interest accrued from the default to May 25, 2023, in the sum of $36.46 with further interest at 9.50% per annum accruing at $0.06 per day; Penalties in the amount of $23.07 accruing at 6.00% per annum accruing at $0.04 per day; Administrative fees in the amount of $195.37; Interest will accrue on this debt until

entry of Judgment, with interest thereafter at the legal rate.

WHEREFORE, Plaintiff prays for judgment against Defendant as follow:

The principal for all claims in the amount of $147,011.60, plus interest accrued for all claims from the default to May 25, 2023, in the sum of $28,274.68 with further interest at 10.62% per annum accruing at $11.98 per day for claim number one;  with further interest at 9.50% per annum accruing at $6.87 per day per day until entry of judgment for claim number two; with further interest at 9.50% per annum accruing at $7.21 per day until entry of judgment for claim number three; with further interest at 9.37% per annum accruing at $6.61 per day per day until entry of judgment for claim number four; with further interest at 9.62% per annum accruing at $6.65 per day per day until entry of judgment for claim number five; with further interest at 9.50% per annum accruing at $0.13 per day per day until entry of judgment for claim number six; with further interest at 9.50% per annum accruing at $0.06 per day per day until entry of judgment for claim number seven; with interest thereafter at the legal rate;  plus penalties for all claims in the amount of $14,280.61; Plus administrative charges for all claims in the amount of $97,708.33.

3. And upon all claims;

A. For cost incurred.

B. For such other and further relief as to the Court seems just.

DATED: 05/01/2025                                    GOLDSMITH & HULL, A P.C.


                                                      /S/ William I. Goldsmith
                                                      William I Goldsmith
                                                      Attorneys for Plaintiff

f:\sonia\certification - interested parties.wpd                5