UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 25-3900 PVC                                          Date:  May 20, 2026

Title        United States of America v. GSM Services, LLC

Present:  The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**PROCEEDINGS:   [IN CHAMBERS] ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FOLLOW COURT ORDERS**

On May 1, 2025, Plaintiff filed its Complaint.  (Dkt. No. 1).  The case was assigned to the undersigned Magistrate Judge on May 7, 2025.  (Dkt. No. 5).  On the same date, the Summons issued.  (Dkt. No. 6).  Pursuant to the Notice of Assignment, the deadline for Plaintiff to submit a declination of consent was May 21, 2025.  (*See* Dkt. No. 5).  On August 25, 2025, the Court issued an Order to Show Cause to why this action should not be dismissed for failure to serve process as process was due on July 30, 2025. (*See* Dkt. No. 7).  Plaintiff responded by filing a Status Report on September 19, 2025, indicating that Defendant was evading service and asking for an extension until December 19, 2025 to complete service of process, which the Court granted. (Dkt. Nos. 8, 9).  As of today, nothing has transpired in this case since September 23, 2025.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within **seven days** of the date of this Order, why this case should not be dismissed with prejudice for Plaintiff's failure to prosecute and comply with court orders.  Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |

CV-90 (03/15)                                        Civil Minutes – General                                        Page 1 of 1